PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for  CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I LLC, MORTGAGE-BACKED
CERTIFICATES, SERIES 2005-7

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-10-22003-LBR |
| KIRT D MCNALLY AND TERI R. WITZEL, | Chapter 13 |
| Debtor(s). | **CITIBANK, N.A., 'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED
PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN LLP, attorneys for CITIBANK,

N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED

SECURITIES I LLC, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-7  hereby requests

special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings

or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices

under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary

proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other

auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors

committees and parties-in-interest and other notices as required by the United States Bankruptcy

Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN LLP, requests that for all notice purposes and for inclusion in the Master

Mailing List in this case, the following address be used:

Ace Van Patten<br>
PITE DUNCAN LLP<br>
4375 Jutland Drive, Suite 200<br>
P.O. Box 17933<br>
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: July 22, 2010              /s/ Ace Van Patten
                                   4375 Jutland Drive, Suite 200
                                   P.O. Box 17933
                                   San Diego, CA 92177-0933
                                   (702) 413-9692

-2-

1

NV Bar #11731
Attorney for CITIBANK, N.A., AS TRUSTEE
FOR CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I LLC,
MORTGAGE-BACKED CERTIFICATES,
SERIES 2005-7

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    CERTIFICATE OF SERVICE BY MAIL

2        I, Amalia Bidriales, am a resident of San Diego, California, and I am over the age of eighteen

3    (18) years, and not a party to the within action.  My business address is 4375 Jutland Drive, Suite

4    200; P.O. Box 17933, San Diego, CA 92177-0933.

5        I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

6    AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to:

7    David Krieger
     Haines & Krieger, LLC
8    1020 Garces Ave.
     Las Vegas, NV 89101
9
     Kirt D Mcnally
10   Teri R. Witzel
     911 Calico Hills Court
11   Las Vegas , NV 89128

12   RICK A. YARNALL
     701 BRIDGER AVE., #820
13   LAS VEGAS, NV 89101

14

15   which envelope was then sealed and postage fully prepaid thereon, and thereafter on July 22, 2010,

16   deposited in the United States Mail at San Diego, California.  There is regular delivery service

17   between the place of mailing and the place so addressed by the United States Mail.

18        I certify under penalty of perjury that the foregoing is true and correct.

19   Dated: July 22, 2010                    /s/Amalia Bidriales
                                             AMALIA BIDRIALES
20

21

22

23

24

25

26

27

28