**Entered on Docket
September 28, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through
Certificates, Series 2005-AR4
10-73087

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-22003-lbr |
|---|---|
| Kirt D. McNally and Teri R. Witzel | Date: 9/15/2010<br>Time: 10:30 am |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation

Mortgage Pass Through Certificates, Series 2005-AR4, its assignees and/or successors in interest, of

the subject property, generally described as 7828 Copper Canyon Road, Las Vegas, NV 89128

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _____ #10235
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   The court has waived the requirements set forth in LR 9021(b)(1).

_____   No party appeared at the hearing or filed an objection to the motion.

__x_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

__x_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   __x__   failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _x___   failed to respond to the document


_____   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document


_____   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
_/s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor